IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 13-cv-02725-RBJ | Date: January 28, 2014 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| AARON NIMAN<br>**Plaintiff(s)** | *Joseph J. Mellon* |
| v | |
| GPS USA INC<br>**Defendant(s)** | *Juli E. Lapin*<br>*James B. Lapin* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  8:30 a.m.

Appearance of counsel.

Discussion held on [20] Defendants' Motion to Dismiss Unjust Enrichment Claim and [25] Plaintiff's Motion for Jury Trial Pursuant to Fed.R.Civ.P.39(b).

For reasons stated on the record, it is

**ORDERED:   [20] Defendants' Motion to Dismiss Unjust Enrichment Claim is GRANTED.**

**[25] Plaintiff's Motion for Jury Trial Pursuant to Fed.R.Civ.P.39(b) is GRANTED.**

**FIVE DAY JURY TRIAL** is set for **February 23, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **February 6, 2015, at 1:30 p.m.** in the same courtroom location.

Discussion held on discovery issues.

**The Court accepts the limits and deadlines proposed by the parties, which include:**

Deadline for joinder of parties and amendment of pleadings:  March 1, 2014.

Discovery cut-off:  July 15, 2014.

Dispositive motion deadline:  September 1, 2014.

Discussion held on settlement and consent cases.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  8:57 a.m.    Hearing concluded.    Total time in Court:  00:27