IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  13-cv-02725-RBJ | Date:  January 23, 2015 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| AARON NIMAN | *Francis V. Cristiano* |
| | *Joseph J. Mellon* |
| **Plaintiff(s)** | |
| V | |
| GPS USA INC | *Theresa L. Corrada* |
| ROZANN ZELKEY | *James B. Lapin* |
| ALAN G. COE | *Juli E. Lapin* |
| RONALD FOGLIA | |
| PETER J. SWENSON | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  9:42 a.m.

Appearance of counsel.

Argument given on pending motions.

The Court makes findings of fact, conclusions of law.  For reasons stated on the record, it is

**ORDERED:**   [41] Plaintiff's Motion for Partial Summary Judgment and Determination of Issues of Law Re Issue Preclusion is GRANTED.

[50] Defendants' Cross-Motion for Partial Summary Adjudication and Determination of Issues of Law Re Issue Preclusion is DENIED.

**[58] Plaintiff's Motion to Allow Him Rebuttal of Defendants' Expert's Untimely Disclosed Primary Opinions Re Valuation and for Sanctions Pursuant to Fed.R.Civ.P.3(c)(1)(A) is GRANTED.**

**[62] Defendant's Motion for Summary Judgment is DENIED.**

**[68] Plaintiff's Motion to Strike Disclosed "Rebuttal Testimony" by Defendants' Expert Matthew Pontiff is DENIED.**

**[71] Defendants' Motion to Exclude Testimony of Plaintiff's Expert Witness, Steven Stark is DENIED.**

**Request for extension of time to exchange exhibits and witness lists is GRANTED.  Parties have until the end of next week.**

Court in Recess:  12:05 p.m.          Hearing concluded.          Total time in Court:  02:23