IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  13-cv-02725-RBJ | Date: February 17, 2015 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| AARON NIMAN | *Francis V. Cristiano* |
| | *Joseph J. Mellon* |
| **Plaintiff** | |
| V | |
| GPS USA INC | *Theresa L. Corrada* |
| ROZANN ZELKEY | *Juli E. Lapin* |
| ALAN G. COE | |
| RONALD FOGLIA | |
| PETER J. SWENSON | |
| **Defendants** | |

### COURTROOM MINUTES

**ADDITIONAL TRIAL PREPARATION CONFERENCE**

**Court in Session: 3:07 p.m.**

Appearance of counsel.

Discussion held on previous trial and expert testimony.

**ORDERED:  The Court finds there is neither a Daubert nor a disclosure issue regarding expert testimony.  The defendants' expert will be allowed to testify.**

Discussion held on [98] Defendant's Motion in Limine Regarding Evidence of Conviction.

**ORDERED:  [98] Defendant's Motion in Limine Regarding Evidence of Conviction is GRANTED IN PART and DENIED IN PART, as indicated on the record.**

Discussion held on comparative fault.

Court in Recess:  5:00 p.m.          Hearing concluded.          Total time in Court:  01:53